# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:10-cr-00010 JLT__

U.S.A.
v.

Jennifer L. Kirk

**ORDER TO PAY**

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) **FINE** of $ __265.00__     (✓) **Penalty ASSESSMENT** of $ __10.00__

( ) **PROCESSING Fee** of $ _____     for a **TOTAL AMOUNT** of $ __275.00__ ,

paid within __30__ days .   **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B.**.

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✓) COMMUNITY SERVICE __60 hours unpaid__ with fees not to exceed $ _____
to be completed by __6/29/2010__ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____
COMMUNITY SERVICE TO BE COMPLETED BY 6/29/2010.  The defendant is ordered to appear at a REVIEW HEARING on 7/13/2010 @ 10:30 AM at the U.S. District Court, Bankruptcy Courtroom, 1300 18th Street, Suite A, Bakersfield, CA  93301.  Email Courtroom Deputy Alan Leon-Guerrero  aleonguerrero@caed.uscourts.gov.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __4/6/2010__                    __/s/ Alan C. Leon-Guerrero__
                                        for:  U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007